U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 6 2023
CLERK, U.S. DISTRICT COURT
By ____BMH____
Deputy

To: Whom it may concern, Bob Dual Chynthia Pain + Sarah Palin
From: Christopher Jones Spn #2282078 Date: 5/30/23

I apologize that im writing you'll all together but im an inmate that has a problem with inmates + gaurds asking for my personal mail. They lie + say my baby mother is they female. They have gaurds that go to my family + loved ones residence to figure out who I am + threaten my girlfriends that are famous name Kim Kardashian Nicki Minaj Cardi B + there home girls that like me + do business with me as far as magazines modeling, acting + music by stealing my outgoing mail with rank having a problem with me for being a rapper incarcerated that's been getting money by discovering away to do it even in prison. Im not doing nothing illegal. I've met Chynthia Pain + have talk with her through the technology of the music industry + she's someone I met in the 11th grade but grew up to be a senator. Sarah Palin tells me to say iman OG player + my lawyer Mr. Van Jones passed word to say im a player pimp type so im not a pimp ima king that's a player a __ pimp type guy that has learned the legal way to make money. I've paid my taxes from my business that I started just reach out to females that I was messaging on facebook before I got an aggravated assault with a deadly weapon. I had every right to defend myself in my own home so my appeal case has been overruled but its n inmates that like to manipulate female gaurds + have homosexual gaurds + bisexual gaurds mad at me for having these famous females helping assist me get my life right + want me to get out of prison. They given me there address through technology but have gaurds harrass them + think its live to be able to rape them to try to have a prostitution

reign in prison. I write men who are famous & would also like to help me but they make a miscommunication & have tried to have sex with my famous females & tried to have sex with my family around this regim. Sgt Cole Lt Tompson Major Garcia & maybe Captain Strong & TI gaurds also are mad & partiscipate with setting things up to make me look bad like bogus cases put me on restriction because they have a common interest & Warden Kvey said he can rape anybody baby mother he wants since we're here at Montford Unit. Mr. Harnadez holds my property to let Valluco's go through it to let people that are Mexican mafia & Valluco's have my family & loved ones addresses & information. Some female gaurds say they are federal agents & federal informants but help steal my mail & now in hear that Taylor Swift reminds them to ask for my mail. Now as long as they have lies to convince you'll & are able to steal my mail they can keep think they have it live about raping my girlfriends & put my kids at risk too. I am rehabilitated try to be with the Marines as well to have a good images as they 1st man. Please don't deny my citizenship to join our military. I would like to serve my country by honour of the U.S. Marine Corps. I messed up as a youth in the streets of Texas. Beyonce Knowles & Candice Robb are 2 people you'll can contact & it started with my baby mother Candice Robb at Smith Unit. Regional Director recognize how stupid they are for believing it's acceptable to rape kids & women.

Sincerely



Christopher Jones Spn#2282028
8600 Peach Ave
Lubbock TX 79404
Montford Unit

LUBBOCK TX 794
1 JUN 2023 PM 2 L

RECEIVED
JUN - 6 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave, Room 209
Lubbock TX 79401

79401-409796