UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CHRISTOPHER JONES,<br>Institutional ID No. 2282078<br><br>      Plaintiff,<br><br>v.<br><br>COLE THOMPSON, *et al.*,<br><br>      Defendants. | No. 5:23-CV-00118-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated September 18, 2023.

                     _____
                       JAMES WESLEY HENDRIX
                       United States District Judge